IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT RIVERA,

      Plaintiff,

v.                                CASE NO. 4:09-cv-00480-MP-WCS

FLORIDA ATTORNEY GENERAL, ERIC H HOLDER,
WALTER MCNEIL, BARACK OBAMA,

      Defendants.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 5, the Report and Recommendation of the

Magistrate Judge, recommending that the complaint in this case be dismissed without prejudice.

The Plaintiff responded at Doc. 6.  The Court agrees that Plaintiff knowingly defied previous

orders not to file any new case without (1) completing payments on a previous judicial fee and

(2) paying the filing fee in full at the time of filing the case.  Additionally, the current complaint

does not allege a threat of imminent physical harm.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      Plaintiff's complaint, Doc. 1, is DISMISSED without prejudice because Plaintiff
      is barred by 28 U.S.C. § 1916(g) from initiating a civil rights case in federal court
      without full payment of the filing fee at the time he submits the complaint and
      because prior court orders direct that Plaintiff may not file a new case in this
      Court until he has paid his judicial debt in full as a sanction for violating court
      orders.

      **DONE AND ORDERED** this  _5th_  day of January, 2010



                    Maurice M. Paul, Senior District Judge