IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT RIVERA,

    Plaintiff,

v.        CASE NO. 4:09-cv-00480-MP-WCS

BARACK OBAMA, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Motion to Reopen Judgment, filed by the Plaintiff. In a previous case, the Plaintiff was ordered not to file any future lawsuits until he has paid a previously imposed sanction in full and also prepays the full filing fee. Despite this order, Plaintiff filed the instant case without having satisfied either prerequisite. Thus, in the order at Doc. 7, the Court dismissed this case. Now, Plaintiff seeks to reopen this case but offers no compelling reason. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to reopen this case, Doc. 9, is denied.

**DONE AND ORDERED** this _5th_ day of March, 2010

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge